BRETT A. SHUMATE
Assistant Attorney General
JONATHAN D. GUYNN
Deputy Assistant Attorney General
J. PATRICK GLYNN
Director, Torts Branch
ALBERT K. LAI
Assistant Director
ALANNA R. HORAN
DC Bar. No 1671335
CAROLINE W. STANTON
Trial Attorneys
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044
Telephone: (202) 616-4222
Alanna.r.horan@usdoj.gov

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

|  |  |  |
|---|---|---|
| ANTHONY AIUPPA and EMILY AIUPPA, individually, as guardians and next friends for H.A and S.A., | ) ) ) ) ) | Case No. 2:25-cv-121-ABJ |
| Plaintiffs, | ) ) ) | DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

Defendant United States of America hereby moves this Court for an order dismissing Plaintiffs' Federal Torts Claims Act claim under Fed. R. Civ. P. 12(b)(1). Plaintiffs allege they have lead poisoning after residing in housing at Historic Fort Yellowstone. Specifically, they allege that the United States did not disclose the existence of lead-based paint in the home, allowed them to live there, and did not properly assess for lead-based paint or remediate lead dust. This Court does not have jurisdiction to hear such claims. 28 U.S.C. § 2680. First, Plaintiffs' claims as to testing, remediation, and housing assignments are barred by the discretionary function exception. *Id.* at § 2680(a). Second, the misrepresentation exception bars Plaintiffs' claims as they stem from the alleged failure to disclose the lead-based paint. *Id.* at § 2680(h). For these reasons, and those articulated in the brief in support, the United States requests this Court dismiss Plaintiffs' claims with prejudice.

Dated: April 13, 2026

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Deputy Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch

ALBERT K. LAI
Assistant Director

*/s/ Alanna R. Horan*
ALANNA R. HORAN
DC Bar No. 1671335
CAROLINE W. STANTON
Trial Attorneys
U.S. Department of Justice

P. O. Box 340
Washington, D.C. 20044
Telephone: (202) 616-4222
FAX: (202) 616-4473
Alanna.R.Horan@usdoj.gov

*Attorneys for Defendant United States*

## CERTIFICATE OF SERVICE

I certify that on April 13, 2026, a copy of the foregoing Motion to Dismiss was filed via the Court's ECF system and served on counsel of record through the ECF system.

*/s/ Alanna R. Horan*_____
ALANNA R. HORAN