DARIN D. SMITH
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
jasmine.peters@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ANTHONY AIUPPA and EMILY AIUPPA, individually, as guardians and next friends for H.A. and S.A., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:25-cv-121-ABJ |

## NOTICE OF WITHDRAWAL OF COUNSEL—JASMINE M. PETERS

The United States of America, by and through Assistant United States Attorney Jasmine M. Peters, hereby provides notice of her withdrawal, pursuant to Local Rule 84.3(c) as attorney for the government in the above case. The client has consented to this withdrawal and C. Levi Martin, Alanna Horan, and Caroline Stanton, who have previously filed an entry of appearance on behalf of the government, will continue to represent the client.

Dated April 28, 2026.

DARIN D. SMITH
United States Attorney

By:    /s/ Jasmine M. Peters
JASMINE M. PETERS
Assistant United States Attorney